UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| DARYL DEVINCENZI,<br><br>        Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>        Defendants. | Case No. 16-CV-04628-LHK<br><br>**ORDER DISMISSING WITH PREJUDICE** |
|---|---|

On January 10, 2017, the Court granted Defendant Experian Information Solutions, Inc.'s and Defendant Roundpoint Mortgage Company's motions to dismiss. ECF No. 45. In granting the motions to dismiss, the Court stated that "[s]hould Plaintiff elect to file an amended complaint curing the deficiencies identified herein, Plaintiff shall do so within thirty (30) days of the date of this Order. Failure to meet the thirty-day deadline to file an amended complaint or failure to cure the deficiencies identified in this Order will result in a dismissal with prejudice of Plaintiff's claims." *Id.* at 16.

The 30-day period to file an amended complaint ended on February 9, 2017. Plaintiff did not file an amended complaint within the 30-day period. Therefore, pursuant to the Court's

January 10, 2017 order, the Court hereby DISMISSES all of Plaintiffs' claims with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: February 10, 2017

_____
LUCY H. KOH
United States District Judge